

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

CHERYL GORE,                                    §
              Plaintiff,                        §
                                                §
vs.                                             §        CIVIL ACTION NO. 4:05-1646-HFF-TER
                                                §
THE DEPARTMENT OF CORRECTIONS                   §
MEDICAL DEPARTMENT; OFFICER                     §
JEFFCOAT; OFFICER ALLEN; and                    §
NURSING STAFF,                                  §
              Defendants.                       §

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE AND DISMISSING PLAINTIFF'S COMPLAINT**

---

This is a Section 1983 action. Plaintiff is proceeding *pro se*. The matter is before the Court

for review of the report and recommendation (report) of the United States Magistrate Judge in which

he suggests that Plaintiff's complaint be dismissed without prejudice and without issuance and

service of process. The report is made in accordance with 28 U.S.C. § 636 and Local Rule 73.02 for

the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has

no presumptive weight. The responsibility to make a final determination remains with the Court.

*See Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a *de novo*

determination of those portions of the report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or

recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed his report on July 1, 2005. Plaintiff failed to file any objections to the report. In the absence of objections, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the report and the record in this case pursuant to the standards set forth above, the Court adopts the report and incorporates it herein. Therefore, it is the judgment of this Court that Plaintiff's complaint be **DISMISSED** *without prejudice* and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 26th day of July, 2005, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that she has a right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.